742

Submitted November 13, 1967. *Ronald J. Thomas,* appellant, in propria persona; *Robert J. Cassidy,* First Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Conner Unemployment Compensation Case.

Argued November 14, 1967. *Sanford S. Finder,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

## Department of Labor and Industry, Bureau of Employment Security, Appellant, v. Unemployment Compensation Board of Review.

Argued November 15, 1967. *Morley W. Baker,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Department of Labor and Industry, appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee; *Jerome H. Gerber,* with him *Handler and Gerber,* for intervening appellee.